AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

    Plaintiff,

       v.                                           CRIMINAL NO: 00-111 (PG)

ORLANDO FONTANEZ-OTERO,

    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

May 5, 2005                          *s/Judith Vargas*
                                *Judith Vargas*
                                 **Counsel for Plaintiff**
                                 *U.S.D.C.-PR No. 219914*
                                 *Room 1201, Torre Chardón*
                                 *350 Carlos Chardón Ave.*
                                 *Hato Rey, Puerto Rico 00918*
                                 *Tel. (787) 766-5656*