IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

ORLANDO FONTANEZ-OTERO,            Criminal No. 00-111 (PG)
Defendant.

**UNITED STATES' MOTION TO WITHDRAW AUSA FRANCISCO A. OJEDA-DIEZ AS COUNSEL OF RECORD**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1. On May 6, 2005 AUSA Judith Vargas filed an appearance form in the above mentioned case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court enter an Order granting AUSA Francisco A. Ojeda-Diez leave to withdraw as Attorney of record in this case.

**USA's Motion to Withdraw AUSA Francisco A. Ojeda-Diez as counsel for record**
<u>U.S. v. Orlando Fontanez-Otero</u>
Criminal No.  00-111 (PG)
Page No. 2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of May, 2005.

H. S. GARCIA
United States Attorney


/s/ Francisco A. Ojeda-Diez
Francisco A. Ojeda-Diez
Assistant U.S. Attorney
Room 1201, Torre Chardon Building
350 Carlos Chardón Street
Hato Rey, Puerto Rico  00918
Tel: (787) 766-5656


**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that on this date I electronically filed the foregoing motion to withdraw AUSA Francisco A. Ojeda-Diez as counsel of record with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

In San Juan, Puerto Rico, this 6th day of May, 2005.


/s/ Francisco A. Ojeda-Diez
Francisco A. Ojeda-Diez
Assistant United States Attorney